## Edward McGowan, by Patrick H. McGowan, Appellee, v. Chicago City Railway Company, Appellant.

### Gen. No. 21,846.    (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. RICH-
ARD E. BURKE, Judge, presiding. Heard in this court at the October
term, 1915. Reversed and remanded. Opinion filed April 18, 1917.

### Statement of the Case.

·Action by Edward McGowan, by Patrick H. Mc-
Gowan, his father and next friend, plaintiff, against
the Chicago City Railway Company, defendant, to re-
cover damages for personal injuries sustained by be-
ing struck by one of defendant's street cars. From a
judgment for plaintiff for $2,000, defendant appeals.

FRANKLIN B. HUSSEY and WATSON J. FERRY, for ap-
pellant; W. W. GURLEY and J. R. GUILLIAMS, of coun-
sel.

LITZINGER, McGURN & REID, for appellee; EDWARD R.
LITZINGER, of counsel.

MR. JUSTICE GOODWIN delivered the opinion of the
court.

### Abstract of the Decision.

1. STREET RAILROADS, § 53*—*what does not constitute use of cars
on street railway within fender ordinance.* Where plaintiff was
injured by certain dismantled and discarded summer street cars
belonging to defendant while such cars were being moved from
certain temporary tracks to defendant's car barns, *held* that such
use of the cars by defendant was not within the term "each and
every car used on such street railway," used in an ordinance pro-
viding that "every person or corporation controlling any street

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same
topic and section number.

railway in the City of Chicago shall equip and provide each and every car used on such street railway with fenders," etc.

2. STREET RAILROADS, § 131*—*when evidence is insufficient to show wanton and wilful misconduct in injuring person crossing street car track.* Evidence *held* insufficient to warrant finding that certain cars of defendant were being pushed along the track at an excessive rate of speed, or that defendant's servants were so conducting the moving of the cars as to constitute wilful and wanton misconduct, under a count of a declaration charging defendant with wilful and wanton injury to a person crossing the street car tracks.